■■■ In the Matter of COURTNEY L.P., an Infant. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANDREW S.P., Appellant. [823 NYS2d 739]—Appeal from an order of the Family Court, Allegany County (James E. Euken, J.), entered December 8, 2005 in a proceeding pursuant to Family Court Act article 10. The order, after a finding of neglect, placed the child in the custody of petitioner for a period of one year and placed respondent under the supervision of petitioner for a period of one year upon certain terms and conditions.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.

■■■ In the Matter of AMANDA L. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; AMY R., Also Known as AMY L., Also Known as AMY P., Also Known as AMY G., Appellant. [823 NYS2d 738]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered June 13, 2005 in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent and transferred custody and guardianship of the children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.

■■■ PHYLLIS O'BRIEN et al., Appellants, v RICHARD BOCCHINO, Respondent. [823 NYS2d 750]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered October 27, 2005. The order denied plaintiffs' motion for partial summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.